UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BERG, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>              v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, ALAN WEINSTEIN, RAJ RAI, FRESENIUS KABI AG, and QUERCUS ACQUISITION, INC.,<br><br>                        Defendants. | 3:17-cv-00350-BAJ-RLB |
| JORGE ALCAREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>            v.<br><br>AKORN, INC., KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, JOHN N. KAPOOR, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>                        Defendants. | 3:17-cv-00359-BAJ-RLB |

| | |
|---|---|
| SHAUN A. HOUSE, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>      v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>          Defendants. | 3:17-cv-00367-BAJ-EWD |
| SEAN HARRIS, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>      v.<br><br>AKORN, INC., JOHN N. KAPOOR, RONALD M. JOHNSON, STEVEN J. MEYER, BRIAN TAMBI, ALAN WEINSTEIN, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, and TERRY A. RAPPUHN,<br><br>          Defendants. | 3:17-cv-00373-JWD-RLB |

**DECLARATION OF JOSEPH BONACCORSI IN SUPPORT OF AKORN DEFENDANTS' MOTION FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

I, Joseph Bonaccorsi, hereby declare:

1.  I am the Executive Vice President, General Counsel and Secretary of Akorn, Inc. ("Akorn"). I joined Akorn in 2009.

2.  I submit this declaration in support of the motion of Adrienne L. Graves, Alan Weinstein, Brian Tambi, John N. Kapoor, Kenneth S. Abramowitz, Raj Rai, Ronald M. Johnson, Steven J. Meyer and Terry A. Rappuhn, ("Akorn Individual

2

Defendants") and Akorn (together, with the Akorn Individual Defendants, the "Akorn Defendants") for change of venue of the above-captioned actions. I set forth the facts below to the best of my knowledge, based upon my understanding of Akorn's business operations and my review of publicly available information.

3. For historical reasons, Akorn is incorporated in Louisiana where it was originally headquartered. However, in 1997 its headquarters moved to Buffalo Grove, Illinois. Since that move some twenty years ago, Akorn's corporate headquarters have always been located in Illinois. Today, Akorn's headquarters are located in Lake Forest, Illinois, which is in the Northern District of Illinois.

4. Akorn maintains corporate offices in other locations, but does not have any offices, manufacturing facilities, R&D facilities or distribution centers in Louisiana. Indeed, for many years, and for at least as long as I have been at Akorn, Akorn has not had any offices or personnel in Louisiana at all.

5. A list of Akorn's offices, manufacturing facilities, R&D facilities and distribution centers is attached hereto as Exhibit 1.

6. Akorn's Board of Directors and Akorn's CEO, Raj Rai, are the Akorn Individual Defendants named in the above-captioned cases. None of the Akorn Individual Defendants resides in Louisiana nor do any of them reside within 100 miles of the Middle District of Louisiana.

7. Four of the Akorn Individual Defendants, Alan Weinstein, Brian Tambi, Steven Meyer and Raj Rai, maintain primary residences in the Chicago suburbs, within the Northern District of Illinois. All of Akorn senior executives work from Akorn's headquarters in Lake Forest, Illinois.

3

8. I have reviewed the complaints filed in the above-captioned actions, all of which concern the proposed merger between Akorn and Fresenius Kabi AG ("Fresenius"), which is a named Defendant in the *Berg* action, the first-filed of the above-captioned actions.

9. Fresenius is a German stock corporation, and its U.S. headquarters are located in Lake Zurich, Illinois, within the Northern District of Illinois. Fresenius does not list any Louisiana locations on its website, and from my interactions with Fresenius, I am aware of none.

10. A list of Fresenius's locations listed on its website is attached hereto as Exhibit 2.

11. Quercus Acquisition, Inc. ("Quercus") is a Louisiana corporation formed by Fresenius solely for the purpose of completing the merger. Quercus is named as a Defendant in the *Berg* action. Upon the consummation of the merger, Quercus will cease to exist. Quercus's principal executive office is located in Lake Zurich, Illinois, within the Northern District of Illinois.

12. None of the negotiations concerning the proposed merger between Akorn and Fresenius occurred in Louisiana. Nor was the preliminary proxy statement drafted, considered or approved in Louisiana. None of the Akorn employees or directors involved in preparing the preliminary proxy statement, or in approving the proposed merger, reside or work within 100 miles of the Middle District of Louisiana.

13. Documents potentially relevant to the allegations in the Complaints are located in, and most easily accessible from, Akorn's Illinois headquarters. I am not

4

aware of any documents, witnesses or other potential evidence located in the Middle District of Louisiana.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15th day of June 2017, in Lake Forest, Illinois.

_____
Joseph Bonaccorsi