UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BERG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, ALAN WEINSTEIN, RAJ RAI, FRESNIUS KABI AG, AND QUERCUS ACQUISITION, INC. | NO.: 17-00350-BAJ-RLB |

## AMENDED ORDER

IT IS ORDERED that the **Motion to Strike Motion to Transfer Case to Northern District of Illinois (Doc. 7)** filed by Defendants Adrienne L. Graves, Alan Weinstein, Brian Tambi, John N. Kapoor, Kenneth S. Abramowitz, Raj Rai, Ronald M. Johnson, Steven J. Meyer, Terry A. Rappuhn, and Akorn, Inc. (collectively "Defendants") is **GRANTED**.

IT IS FURTHER ORDERED that the **Motion to Transfer Case to Northern District of Illinois (Doc. 3)** filed by Akorn, Inc. is hereby **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the Clerk of Court shall restore all documents previously listed in the record at Document No. 5.[1]

Baton Rouge, Louisiana, this 26th day of June, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The documents previously listed as Document No. 5 were stricken by the Court in error.