# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, ALAN WEINSTEIN, RAJ RAI, FRESENIUS KABI AG, and QUERCUS ACQUISITION, INC.,<br><br>    Defendants. | Case No. 3:17-cv-00350-BAJ-RLB<br><br>CLASS ACTION |
| JORGE ALCAREZ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>AKORN, INC., KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, JOHN N. KAPOOR, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>    Defendants. | Case No. 3:17-cv-00359-BAJ-RLB<br><br>CLASS ACTION |

[captions continue on next page]

| | |
|---|---|
| SHAUN HOUSE, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>   Defendants. | Case No. 3:17-cv-00367-BAJ-EWD<br><br>CLASS ACTION |
| SEAN HARRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>AKORN, INC., JOHN N. KAPOOR, RONALD M. JOHNSON, STEVEN J. MEYER, BRIAN TAMBI, ALAN WEINSTEIN, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, and TERRY A. RAPPUHN,<br><br>   Defendants. | Case No. 3:17-cv-00373-BAJ-RLB<br><br>CLASS ACTION |

[captions continue on next page]

2

| | |
|---|---|
| ROBERT CARLYLE,<br><br>    Plaintiff,<br><br>v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>    Defendants. | Case No. 3:17-cv-00389-BAJ-RLB |
| DEMETRIOS PULLOS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, and ALAN WEINSTEIN,<br><br>    Defendants. | Case No. 3:17-cv-00395-BAJ-RLB<br><br>CLASS ACTION |

**JOINT STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED ACTIONS**

WHEREAS six related actions have been filed relating to the proposed merger of Akorn, Inc. ("Akorn") and Quercus Acquisition, Inc. (the "Proposed Acquisition"): *Berg v. Akorn, Inc., et al*, No. 3:17-cv-00350-BAJ-RLB (M.D. La. Jun 02, 2017); *Alcarez v. Akorn, Inc., et al,* No. 3:17-cv-00359-BAJ-RLB (M.D. La. Jun 07, 2017); *House v. Akorn, Inc., et al*, No. 3:17-cv-00367-BAJ-EWD (M.D. La. Jun 12, 2017); *Harris v. Akorn, Inc., et al,* No. 3:17-cv-00373-BAJ-

3

RLB (M.D. La. Jun 14, 2017); *Carlyle v. Akorn, Inc., et al,* No. 3:17-cv-00389-BAJ-RLB (M.D. La. Jun 20, 2017); *Pullos v. Akorn, Inc., et al,* No. 3:17-cv-00395-BAJ-RLB (M.D. La. Jun 22, 2017) (the "Actions").

WHEREAS consolidation of the Actions would serve the interests of judicial economy and enhanced efficiency of the proceedings.

IT IS HEREBY STIPULATED AND AGREED, by plaintiffs Robert Berg, Jorge Alcarez, Shaun House, Sean Harris, Robert Carlyle and Demetrios Pullos and by defendants Akorn, Inc., John N. Kapoor, Kenneth S. Abramowitz, Adrienne L. Graves, Ronald M. Johnson, Steven J. Meyer, Terry A. Rappuhn, Brian Tambi, Alan Weinstein, Raj Rai, Fresenius Kabi AG and Quercus Acquisition, Inc.,: (collectively, the "Defendants"), through their respective undersigned counsel, as follows:

1. The Actions shall be consolidated for all purposes.

2. Every pleading filed in this consolidated action shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE AKORN, INC. SHAREHOLDER LITIGATION | Civil Action No. 3:17-cv-00350-BAJ-RLB |
| This Document Relates To: ALL ACTIONS | Consolidated with 3:17-cv-00359-BAJ-RLB 3:17-cv-00367-BAJ-EWD 3:17-cv-00373-BAJ-RLB 3:17-cv-00389-BAJ-RLB 3:17-cv-00395-BAJ-RLB <br><br> <u>CLASS ACTION</u> |

3. This Stipulation and [Proposed] Order and the consolidation of the Actions pursuant hereto is not intended to and shall not be deemed to waive or prejudice (i) the Akorn Defendants' Expedited Motions for Change of Venue Pursuant to 28 U.S.C. § 1404(a) (the "1404 Motions"); or (ii) the opposition of the plaintiffs in the Actions to the 1404 Motions. For convenience of the Court and the parties, the motion filed in *Carlyle. v. Akorn, Inc., et al*, No. 3:17-cv-00389-BAJ-RLB (M.D. La. Jun 21, 2017), Dkt. No. 3, shall be the operative motion, which Fresenius Kabi AG and Quercus Acquisition, Inc. join, and to which the Plaintiffs shall jointly respond.

4. This Stipulation and [Proposed] Order shall apply to each case, arising out of the same or substantially the same transactions or events as the Actions, which is subsequently filed in, removed to, or transferred to this Court.

Dated: June 28, 2017

| | |
|---|---|
| **O'BELL LAW FIRM, LLC** | **KAHN SWICK & FOTI, LLC** |
| By: /s/ Eric J. O'Bell | By: /s/ *Lewis S. Kahn* |
| Eric J. O'Bell (#26693) | Lewis Kahn, Esq. (23805) |
| 3500 North Hullen Street | 206 Covington Street |
| Metairie, LA 70002 | Madisonville, La 70447 |
| (504) 456-8677 | Telephone: (504) 455-1400 |
| (504) 456-8653 facsimile | Facsimile: (504) 455-1498 |
| ejo@OBellLawFirm.com | lewis.kahn@ksfcounsel.com |
| *Attorneys for Plaintiffs Robert Berg and Jorge Alcarez* | *Attorneys for Plaintiffs Demetrios Pullos, Sean Harris, Shaun House and Robert Carlyle* |

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310
*Attorneys for Plaintiff Robert Berg*

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
(484) 324-6800
*Attorneys for Plaintiff Robert Berg*

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com, etripodi@zlk.com
*Attorneys for Plaintiff Jorge Alcarez*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr. (*pro hac* forthcoming)
Nadeem Faruqi
685 Third Avenue, 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: nfaruqi@faruqilaw.com
jwilson@faruqilaw.com
*Attorneys for Plaintiff Sean Harris*

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
jmonteverde@monteverdelaw.com
*Attorneys for Plaintiff Shaun House*

**BROWER PIVEN**
A Professional Corporation
Daniel Kuznicki
475 Park Avenue South, 33rd Floor
New York, New York 10016
Telephone: 212-501-9000
kuznicki@browerpiven.com
*Attorneys for Plaintiff Robert Carlyle*

| | |
|---|---|
| **JONES WALKER LLP** | **BARRASSO USDIN KUPPERMAN FREEMAN & SARVER LLC** |
| By: */s/ Alexander N. Breckinridge, V*<br>Robert B. Bieck, Jr. (La. Bar #03 066)<br>Alexander N. Breckinridge, V (La. Bar #36 155)<br>201 St. Charles Avenue, Suite 5100<br>New Orleans, Louisiana 70170<br>T: (504) 582-8202<br>F: (504) 589-8202<br>E: abreckinridge@joneswalker.com | By: */s/Steven W. Usdin*<br>Steven W. Usdin (La. Bar #12986)<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>T: (504) 589-9700<br>F: (504) 589-9701<br>E: susdin@barrassousdin.com |
| **OF COUNSEL:** | **OF COUNSEL:** |
| **CRAVATH, SWAINE & MOORE LLP**<br>Robert H. Baron (admitted *pro hac vice*)<br>825 8th Ave<br>New York, NY 10019<br>T: (212) 474-1422<br>F: (212) 474-3700<br>E: rbaron@cravath.com<br>*Attorneys for Defendants Akorn, Inc., John N. Kapoor, Kenneth S. Abramowitz, Adrienne L. Graves, Ronald M. Johnson, Steven J. Meyer, Terry A. Rappuhn, Brian Tambi, Alan Weinstein and Raj Rai* | **ALLEN & OVERY LLP**<br>Jacob S. Pultman (*pro hac vice* to be requested)<br>Bradley S. Pensyl (*pro hac vice* to be requested)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>T: (212)610-6300<br>F: (212)610-6399<br>E: jacob.pultman@allenovery.com<br>*Attorneys for Defendants Fresenius Kabi Ag, and Quercus Acquisition, Inc.* |

SO ORDERED THIS _____ day of _____, 2017

_____
United States District Judge