# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BERG | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00350-BAJ-RLB |

| | |
|---|---|
| JORGE ALCAREZ | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00359-BAJ-RLB |

| | |
|---|---|
| SHAUN A. HOUSE | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00367-BAJ-EWD |

| | |
|---|---|
| SEAN HARRIS | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00373-BAJ-RLB |

| | |
|---|---|
| ROBERT CARLYLE | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00389-BAJ-RLB |

| | |
|---|---|
| DEMETRIOS PULLOS | CIVIL ACTION |
| VERSUS | |
| AKORN, INC., ET AL. | NO.: 17-00395-BAJ-RLB |

### ORDER CONSOLIDATING RELATED ACTIONS FOR THE LIMITED PURPOSE OF RESOLVING THE ISSUE OF VENUE

The Court finds that the following actions (collectively, "Related Actions") involve common questions of law and fact regarding the issue of venue:

| | |
|---|---|
| 17-cv-00350-BAJ-RLB | *Robert Berg v. Akorn, Inc. et al.* |
| 17-cv-00359-BAJ-RLB | *Jorge Alcarez v. Akorn, Inc., et al.* |
| 17-cv-00367-BAJ-EWD | *Shaun A. House v. Akorn, Inc. et al.* |
| 17-cv-00373-BAJ-RLB | *Sean Harris v. Akorn, Inc., et al.* |
| 17-cv-00389-BAJ-RLB | *Robert Carlyle v. Akorn, Inc., et al.* |
| 17-cv-00395-BAJ-RLB | *Demetrios Pullos v. Akorn, Inc., et al.* |

Accordingly,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 42, the above-referenced Related Actions are **CONSOLIDATED** for the limited purpose of resolving the issue of venue under Case Number **17-cv-00350-BAJ-RLB**.

**IT IS FURTHER ORDERED** that all documents relating to the issue of venue that were previously filed in any of the above-referenced Related Actions that are consolidated herein shall be deemed part of the record in the Consolidated Action.

**IT IS FURTHER ORDERED** that any future pleadings relating to the issue of venue shall be filed in the Consolidated Action only.

Baton Rouge, Louisiana, this 30th day of June, 2017.

*/s/ Brian A. Jackson*

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**