# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT BERG, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-05016 |
| AKORN, INC., JOHN N. KAPOOR, KENNETH S. ABRAMOWITZ, ADRIENNE L. GRAVES, RONALD M. JOHNSON, STEVEN J. MEYER, TERRY A. RAPPUHN, BRIAN TAMBI, ALAN WEINSTEIN, RAJ RAI, FRESENIUS KABI AG, and QUERCUS ACQUISITION, INC., | Hon. Thomas M. Durkin |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF STIPULATION AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Robert Berg ("**Plaintiff**"), by and through his counsel, Christopher J. Kupka, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby moves for entry of the attached stipulation and proposed order, signed by counsel of record of all parties who have appeared in this case, dismissing this case *without prejudice* and with this Court retaining jurisdiction over all parties solely for the purposes of any potential further proceedings relating to the adjudication of any claim by any Plaintiff in the Akorn Section 14 Actions (as defined in the accompanying stipulation and proposed order) for attorneys' fees and/or expenses.

Dated: July 14, 2017

*/s/ Christopher J. Kupka*
Christopher J. Kupka
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th FL
New York, NY 10004
(212) 363-7500 x139
(212) 363-7171 facsimile
ckupka@zlk.com

*Counsel for Plaintiff Robert Berg*

*/s/ Anthony C. Porcelli*
Anthony C. Porcelli
**POLSINELLI PC**
150 N. Riverside Plaza, Suite 3000
Chicago, IL
312-819-1900
aporcelli@polsinelli.com

Robert H. Baron (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
212-474-1000
rbaron@cravath.com

*Counsel for Defendants Adrienne L. Graves, Alan Weinstein, Brian Tambi, John N. Kapoor, Kenneth S. Abramowitz, Raj Rai, Ronald M. Johnson, Steven J. Meyer, Terry A. Rappuhn and Akorn, Inc.*

*/s/ Nathan H. Lichtenstein*
Nathan H. Lichtenstein
Benjamin E. Haskin
**ARONBERG GOLDGEHN DAVIS & GARMISA**
330 North Wabash Avenue, Suite 1700
Chicago, Illinois 60611
(312) 828-9600
nlichtenstein@agdglaw.com

**ALLEN & OVERY LLP**
Jacob S. Pultman (*pro hac vice* forthcoming)
Bradley S. Pensyl (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, New York 10020
T: (212) 610-6300
F: (212) 610-6399
E: jacob.pultman@allenovery.com

*Counsel for Defendants Fresenius Kabi AG, and Quercus Acquisition, Inc.*

SO ORDERED THIS _____ day of _____, 2017

_____
United States District Judge