

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BERG, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 17 C 5016 |
| JORGE ALCAREZ, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 17 C 5017 |
| SHAUN A. HOUSE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 17 C 5018 |
| SEAN HARRIS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 17 C 5021 |
| v. | |
| AKORN, INC.; JOHN N. KAPOOR; KENNETH S. ABRAMOWITZ; ADRIENNE L. GRAVES; RONALD M. JOHNSON; STEVEN J. MEYER; TERRY A. RAPPUHN; BRIAN TAMBI; AND ALAN WEINSTEIN, | Judge Thomas M. Durkin |
| Defendants. | |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF OPPOSED MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 10, 2025, MEMORANDUM OPINION AND ORDER GRANTING THEODORE H. FRANK'S MOTION FOR RELIEF UNDER RULE 60(b)**

I, James M. Wilson, Jr., declare as follows:

1.  I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court. I am a partner of the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion for reconsideration of the Court's March 10, 2025, Memorandum Opinion and Order. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.  Attached as Exhibit A is a true and correct copy of the Akorn, Inc. Historical Pricing Table.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of April 2025 at New York, New York.

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies he electronically filed the foregoing via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing in *Harris v. Akorn, Inc.*, 17 C 5021. The undersigned further certifies that he emailed the foregoing to the Court for filing in *Berg v. Akorn, Inc., et al.*, 17 C 5016 and that he effected service on the following counsel via FedEx:

| | |
|---|---|
| Gina M. Serra<br>Rigrodsky Law P.A.<br>1007 North Orange Street, Suite 453<br>Wilmington, DE 19801 | Donald J. Enright<br>Elizabeth K. Tripodi<br>Levi & Korsinski, LLP<br>1101 Vermont Ave., NW Suite 800<br>Washington, D.C. 20005 |
| Brian D. Long<br>Long Law, LLC<br>3828 Kennett Pike, Suite 208<br>Wilmington, DE 19801 | *Counsel for Plaintiff Jorge Alcarez* |
| Richard A. Maniskas<br>RM Law, P.C.<br>1055 Westlakes Dr., Suite 300<br>Berwyn, PA 19312 | Juan E. Monteverde<br>Monteverde & Associates PC<br>The Empire State Building<br>350 Fifth Avenue, Suite 4740<br>New York, NY 10118 |
| *Counsel for Robert Plaintiff Berg* | *Counsel for Plaintiff Shaun A. House* |

Dated: April 7, 2025          */s/ James M. Wilson, Jr.*
                              James M. Wilson, Jr.